# Court of Appeals
# of the State of Georgia

ATLANTA, April 13, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1407.  SHERYL L. SMITH v. DLJ MORTGAGE CAPITAL, INC.

This case began as a dispossessory proceeding in magistrate court. After the magistrate court entered judgment in favor of DLJ Mortgage Capital, Inc., Sheryl L. Smith appealed to the superior court.  The superior court issued a writ of possession on January 27, 2017.  Thereafter, Smith filed in the superior court a "Notice of Discretionary Appeal," then an "Amended Notice of Appeal."  The instant appeal ensued, but we lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation and citation omitted); see also OCGA §§ 5-6-35 (a) (1), (d).  Smith's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, 04/13/2017
  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*